ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
        Social Security Administration
        160 Spear Street, Suite 800
        San Francisco, CA 94105-1545
        Telephone: (415) 977-8962
        Facsimile: (415) 744-0134
        Email: Dennis.Hanna@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DEBORAH A. ODOM,<br><br>        Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>        Defendant | )<br>)   No.: 5:07-cv-01361-JEM<br>)<br>)   **[~~PROPOSED~~]**<br>)   **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, hereby grants judgment for Plaintiff.

Dated:  June 13, 2013            */s/John E. McDermott*_____
                                HON. JOHN E. MCDERMOTT
                                United States District Judge